UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**
**MAY 0 2 2007**
CLERK

| UNITED STATES OF AMERICA, | ) | CR. 98-50044-RHRHB |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING CONTINUANCE |
| DAN DAVIS, | ) | |
| Defendant. | ) | |

Defendant has filed a motion for continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial insofar as defense counsel has made known to the court that extensive investigation and interviewing of witnesses remains to be done. Based on the foregoing, it is therefore

ORDERED that defendant's motion is granted. The following deadlines shall apply:

| Discovery motions | June 29, 2007 |
| --- | --- |
| Suppression /voluntariness motions | July 18, 2007 |
| Responses to motions due | Within 5 days after motion is filed |
| Subpoenas for suppression hearing | July 18, 2007 |
| Suppression/voluntariness hearing before Magistrate Judge | To be scheduled, if necessary |
| Applications for Writ of Habeas Corpus Ad Testificandum | August 7, 2007 |

| Other motions | August 14, 2007 |
| --- | --- |
| Responses to motions due | Within 5 days after motion is filed |
| Subpoenas for trial | August 14, 2007 |
| Plea agreement or petition to plead and statement of factual basis | August 14, 2007 |
| Notify court of status of case | August 14, 2007 |
| Motions in limine | August 21, 2007 |
| Proposed jury instructions due | August 21, 2007 |
| Proposed voir dire | August 21, 2007 |
| Exhibit/witness lists | Thursday noon prior to trial date |
| Pretrial conference | Tuesday, August 28, 2007, at 8 a.m. |
| Jury trial | Tuesday, August 28, 2007, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(8)(A).

All other provisions of the Court's standing order remain in effect unless specifically changed herein.

Dated May 2, 2007.

BY THE COURT:

/s/ Richard H. Battey
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE

2